**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERTRUDE JEAN PIERRE

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

MACY'S INC., Prudential, Macy's Cobra
DAVID PAROLA, DANIEL NISKI
JACQUELYN PETRUCELLI, Paul Young

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant. Addresses should not be included here.)*

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial: ✓ Yes ☐ No

*(check one)*

**JUDGE BRICCETTI**

# 16 CV 03414

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

✓    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a
Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§
621 - 634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in
Employment Act, you must first file a charge with the Equal Employment Opportunity
Commission.*

✓    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 -
12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act,
you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity
Commission.*

✓    New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age,
race, creed, color, national origin, sexual orientation, military status, sex,
disability, predisposing genetic chacteristics, marital status).

✓    New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to
131 (actual or perceived age, race, creed, color, national origin, gender,
disability, marital status, partnership status, sexual orientation, alienage,
citizenship status).

*Rev. 05/2010*                                    1

**I.    Parties in this complaint:**

A.    List your name, address and telephone number.  Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name _GERTRUDE  JEAN  PIERRE_
Street Address _P.O BOX 260295_
County, City _Jamaica, NY 11428_
State & Zip Code _NY 11428_
Telephone Number _516-384 2447_

B.    List all defendants' names and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant    Name _DAVID PAROLA and Jacquelyn Petrucelli_
Street Address _155 Glen Cove Rd._
County, City _Carle Place NY 11514_
State & Zip Code _NY 11514_
Telephone Number _631-742-3144 and 516-941 5572 respectively._

C.    The address at which I sought employment or was employed by the defendant(s) is:

Employer _Macy's Inc. - Jamie Johnes, Law Dept._
Street Address _111 BOULDER Industrial Drive, 2nd fl._
County, City _Bridgeton_
State & Zip Code _MO, 63044_
Telephone Number _____

_Dr Paul Young 33 Whitehall Street, 5th fl. NYC 10004_

**II.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events.  Describe how you were discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts to support those claims.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____    Failure to hire me.

___✓___    Termination of my employment.

_____    Failure to promote me.

___✓___    Failure to accommodate my disability.

___✓___    Unequal terms and conditions of my employment.

# Parties in this complaint cont'd:

E.     **Prudential Insurance Company of America**

       **Disability Management Services**

       **P.O. Box 13480**

       **Philadelphia, PA 19176**

F.     **Macy's Cobra**

       **ADP Cobra Services**

       **P.O. Box 2998**

       **Alpharetta, GA 30023-2998**

✓     Retaliation.

✓     Other acts *(specify):* Breach of Contract (Violation of code of conduct) *contract of adhesion,*
Racketeering, claim theft, violation of life event (Relocation)

*Note:*    *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

B.    It is my best recollection that the alleged discriminatory acts occurred on: 9/11/15, 9/16/15, 10/10/15 *Date(s)*
10/30/15, 11/24/15, 4/3/16

C.    I believe that defendant(s) *(check one):*

     ✓      is still committing these acts against me.

             is not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check only those that apply and explain):*

     ☑ race _____        ☑ color _____

     ☐ gender/sex _____        ☐ religion _____

     ☑ national origin _____

     ☐ age.   My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

     ☑ disability or perceived disability, Violated FHLA/ADA _____ *(specify)*

E.    The facts of my case are as follow *(attach additional sheets as necessary):*

RACE DISCRIMINATION - Fired me because I'm Haitian & Black.
FHLA-ADA - Terminated my employment while I'm on approved leave of absence (DI)
BREACH of Contract/Adhesion - Violated code of conduct
By making false accusation, falsify cols record, Violate life event - Relocation
Racketeering - Conspired with all named defendants to antagonize me by depriving/defraud me of all rights & benefits to oppress me and to bring poverty against me to harm me & to

*Note:*    *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.*   bring death upon me.

## III.   Exhaustion of Federal Administrative Remedies:

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on:   2/11/16 _____ *(Date).*

*Rev. 05/2010*              3

B.    The Equal Employment Opportunity Commission *(check one)*:

           _____    has not issued a Notice of Right to Sue letter.

           ✓    issued a Notice of Right to Sue letter, which I received on 2/26/16 *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.    Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

           _____    60 days or more have elapsed.

           _____    less than 60 days have elapsed.

## IV.    Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: To return to work, back pay, Front pay and punitive damages for violations of Title VII, ADA, NY Exec Law & ADEA Law – Terminating The employment of Daulid Parola, Formerly Petruccelic and Daniel Niski; and if the precedings are not met, Macy's inc is here.
*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*
by owed for me. Sum of $10 Billion +

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6 day of May, 2016.

Signature of Plaintiff    _[signature]_

Address    P.O. BOX 290295
           Jamaica, NY 11428

Telephone Number    516-384-2447

Fax Number *(if you have one)*    _____

**My statement and my reason for the cause of action against the named defendants.**

Basically I was fired for taking a medical leave something that federal and state law guaranteed not to happen. I believe the motive is that I had an open request for relocation – a life event. I was being blocked from having the right to relocate. When I became ill, because I had an open request for relocation and had reported David's attempt to sabotage my records to Solutions in store to prevent me from relocating while solutions in store was investigating my complaint, David Parola and Jacqueline Petrucelli decided to destroy me for reporting them to Solutions in Store , they cancelled my sales, terminated my employment (according to Daniel Niski testimony of orders worth $80K in my name have been cancelled and re-rang twice) and accused me of cancelling those sales. Everyone else just join in to deprive me of my privilege and rights to benefits and resources.

The accusation is fraud against me and my employment. It is of no benefit to me for me to have cancelled my own sales 1) I would lose my commissions 2) I had a pending relocation request which Solutions in Store was investigating the attempted sabotage by David Parola MDL.

More than a week after I was terminated. Kara Jones the investigator who was working on the complaint that I filed had no idea I was terminated and called me with a decision. It is while on the phone with her Karen enter her office and told her I was terminated.

# INDEX

EXHIBIT 1.          5/6/16 email to Paul Young requesting investigation report and defendant's response to the EEOC Investigation.

EXHIBIT 2.          2/12/16 email to Vanessa Guest about my visit to EEOC on 2/11/16 seeking to speak to a manager and I was turned away and was told instead to reach Ms. Guest via email. That same day apparently the dismissal and right to sue was issued despite my objection to it due to the fact that Paul Young told me he did not do any investigation.

EXHIBIT 3.          2/11/16 EEOC dismissal and notice of rights was issued and mailed to me. I did not receive an investigation report and I did not receive the defendant's response to the charge.

EXHIBIT 4.          3/3/16-5/3/16 email conversation between Gertrude Jean Pierre and Melissa Pierre-Louis at Outten & Golden LLP. I was denied representation because Paul Young refused to speak to the lawyer so that she is able to evaluate the case to represent me and prevented her to take the right course in the problem I brought before her.

EXHIBIT 5.          Letter dated 1/27/15 from Macy's retirement planning department "Save Actively" identifying me as a highly compensated employee.

EXHIBIT 6.          Relocation – a life event. Letter dated 10/20/15 proving that there was an open complaint that I made to Solutions In Store. See the career opportunity/manager approval form which is dated 9/9/15 which I had given to David Parola on 9/11/15 the trigger for this entire debacle, a shame. He also had someone call me to tell me that the job I had applied for has somebody else's name written on it. Also according to the rules of the company no one should have contacted me because David Parola hadn't sign and submit the form.

EXHIBIT 7.          Letter dated 10/15/15 proving that I was on an approved leave from the company.

EXHIBIT 8.          Letter dated 11/17/15 proving that I claim for loss of income benefits from Prudential was processed and approved.

EXHIBIT 9.          Letters dated 3/1/16, 3/29/16 and 3/30/16 my communication with Prudential insurance company requesting my file because they stopped my benefits and I

requested my file but there's nothing in the file they gave me that show the basis under which the claim was issued and why it is terminated. It also did not have the records that my doctors supposedly released to Prudential about my sickness nor did it contain the release form I submitted to prudential giving prudential authorization to obtain my medical record for payment of claim.

EXHIBIT 10.        Letters dated 4/4/16, 4/11/16, 4/5/16, 4/6/16 correspondence that I started with Cobra appeal in regard to my medical benefits because I went online to make payment on 4/3/16 which is the same date the 3rd of the month which I made my last payment according to them the 3rd was not the last day to make the payment but the 31st basically an error because I did not know and I did not receive any notice. Even though I tell them that they just cut off my benefit. When I signed up for Cobra the notice to me was 3 weeks late and I paid for that entire month. How is it that an error which I am actually the one who brought it up, I don't get a courtesy so that I can make the payment. As of today, I have no medical coverage.

EXHIBIT 11.        Letter dated 11/2/15 notice of termination of employment dated 10/30/15 only listing the benefits I have rights to all of which have been terminated and without the statement of why I was fired.

*Exhibit 1*

**Subject:** REQUEST FOR A COPY OF THE INVESTIGATION, THE FINDING AND RESPONDENT's ANSWER TO THE CHARGE

**From:** Gertrude Jean Pierre (gjpfa@yahoo.com)

**To:** paul.young@eeoc.gov;

**Cc:** vanessa.guest@eeoc.gov;

**Date:** Saturday, May 7, 2016 9:09 PM


RE: EEOC CHARGE NO 520-2016-01234+

Jean Pierre v. Macys's Inc.

if the document is not more the 20 pages please fax it to 781-435-2636. Otherwise please mail to

Gertrude Jean Pierre
P.O. Box 280295
Jamaica, NY 11428

Thank you.

Gertrude Jean Pierre
Ph: (516)384-2447

EEOC Form 161 (11/09)

*Exhibit 2*

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:  Gertrude Jean Pierre
Po Box 280295
Jamaica, NY 11428

From:  New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2016-01234 | Paul Young, Investigator | (212) 336-3783 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

Kevin J. Berry
District Director

FEB 11 2016

*(Date Mailed)*

Enclosures(s)

cc:  Jamie Johnes, Office Administrator
MACYS INC
Law Department
111 Boulder Industrial Drive, 2nd Floor
Bridgeton, MO 63044

520-2016-01234    PY

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
INTAKE QUESTIONNAIRE

EQUAL EMPLOYMENT OPPORTUNITY COMM
NEW YORK DISTRICT OFFIC
FEB 0 1 2016
DATE RECEIVE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: JEAN PIERRE    First Name: GERTRUDE    MI: C

Street or Mailing Address: P.O. box 280845    Apt or Unit #: _____

City: Jamaica    County: Queens    State: NY    Zip: 11428

Phone Numbers: Home: (516) 384 2447    Work: (___)

Cell: (516) 384 2447    Email Address: _____

Date of Birth: 9-6-71    Sex: ☐ Male ☒ Female    Do You Have a Disability? ☒ Yes ☐ No   temporary

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White   ☒ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? Haitian

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: Martial Jean Pierre    Relationship: Brother

Address: _____    City: _____    State: _____ Zip Code: _____

Home Phone: (347) 277-3874    Other Phone: (___)

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here __ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: Macys Inc

Address: 7 West 7th St    County: _____

City: Cincinnati    State: OH Zip: 45202 Phone: (866) 285-6689

Type of Business: Retail Store    Job Location if different from Org. Address: 155 Glen Cove Rd, Carle Pl, NY 11

Human Resources Director or Owner Name: Mr. William Allen    Phone: (800) 234 6229

Number of Employees in the Organization at All Locations: Please Check (✓) One   866 - 285-6689

☐ Fewer Than 15 ☐ 15-100 ☐ 101-200 ☐ 201-500 ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☐ No

Date Hired: 7/24/12    Job Title At Hire: Sales Associate

Pay Rate When Hired: $9 + comm    Last or Current Pay Rate: $40K/Annual   Hour 9.5

Job Title at Time of Alleged Discrimination: Sales Asso    Date Quit/Discharged: still on si

Name and Title of Immediate Supervisor: David Parola    fraudulently

1

If Job Applicant, Date You Applied for Job _8/21/15_ Job Title Applied For _Furniture Gallery Sale reg_

4. **What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☑ Sex ☐ Age ☐ Disability ☑ National Origin ☐ Religion ☑ Retaliation ☐ Pregnancy ☑ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _Black of Haitian Nationality_

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): _Great Performer and ability Treated as Sla._

5. **What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. *(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: _10/30/15_ Action: _Discharged by Jacqueline Petrucelli while on Ol leave. Via a phone message under fraudulent_

Name and Title of Person(s) Responsible: _Rachel Pranda_

B. Date: _10/10/15_ Action: _MDL fraudulent_

Name and Title of Person(s) Responsible _Dan Nuski_

6. **Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

_Claims first "TOOK Care of my own orders have been cancelled w/o fix I don't have none assigned to me and no way I_

7. **What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**

_None, I would not be helped. No one would be fired for me, I will not get ___ none ___ b/c ____

8. **Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. _Guy Constance_ | _White Male Italian_ | _Sales Assoc._ | _on Ol for over 1_ |
| B. _Evan_ | _White_ | | _hired as Sales Rep, was fired would not be Rep. Was moved to sales associate_ |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
| --- | --- | --- | --- |
| A. GERTRUDE SEANPIERRE | | Sales ASSO | Term |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
| --- | --- | --- | --- |
| A. GERTRUDE SEANPIERRE | | Sales ASSO | Term |
| B. | | | |

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   - ☐ Yes, I have a disability
   - ☒ I do not have a disability now but I did have one
   - ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
   NO

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
   ☒ Yes ☐ No
   If "Yes," what medication, medical equipment or other assistance do you use?
   TOPIRAMATE 50 Mg

12. Did you ask your employer for any changes or assistance to do your job because of your disability? My DI was not a factor into the decision.
   ☐ Yes ☐ No
   If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____
   Who did you ask? (Provide full name and job title of person) The company has approved my DI through the HR process. Yes I went through the system
   Describe the changes or assistance that you asked for: The file is enclosed, what the approved also not relevant they just eliminated me, that's how they are.
   How did your employer respond to your request? it was approved through the system Darhis Pieretta & Jacqueline Pietruccelli violated it and everyone else later keep subsidizing records & lying

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|

A. _Giovanna_ _Sales Manager_ _165 ofen Loves Rd_ _Will Testify_ _on 10/10/15 she is the one that David Pasoli with out prior notice to sent to the sales floor to get me send attempting to hurt me on request to the transfer which I objected to and that is how she been aware of_

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☒ No _aware of request of transfer_

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

16. Have you sought help about this situation from a union, an attorney, or any other source? ☐ Yes ☒ No Provide name of organization, name of person you spoke with and date of contact. Results, if any?

_____

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

**BOX 1** ___ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

**BOX 2** ✓ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____     _____2/1/16_____
Signature                                      Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 USC § 2000e-5(b), 29 USC § 211, 29 USC § 626, 42 USC §12117(a), 42 USC §2000ff-6.
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## New York District Office – INTAKE
### 33 Whitehall Street, 5th Floor
### New York, NY 10004

This agency enforces the laws against discrimination in employment based on <u>race, color, religion, national origin, age, sex, disability, or genetic information.</u> The event you are complaining about must have occurred <u>within a maximum of 300 days</u> of the filing of a charge. Our jurisdiction covers public and private employers with <u>15 or more employees (20 or more employees for age complaints),</u> labor unions, and employment agencies located in New York State south of Albany. If you work for the <u>Federal Government,</u> you must first contact your agency's Equal Employment Office in order to file a complaint.

To better serve your interest and avoid delays in processing your complaint, please answer the following questions:

NAME: GERTRUDE JEAN PIERRE

TEL. NO. WHERE WE CAN CONTACT YOU: 516 - 384 2442

A. What was the Latest or Most Recent Date of discrimination which you are alleging?

10/10/15 – NOW

B. Does your employer have fewer than 15 employees (20 for age complaints)?

Yes____ No ✓ How many employees? 1,500+

C. Have you filed a complaint with another agency (such as the New York State Division of Human Rights or the New York City Commission on Human Rights?

Yes_____ No ✓

If Yes, Name of agency and date of filing:

_____

D. Do you work for a Federal Government Agency (Such as the U.S. Postal Service?

Yes____ No ✓

\*\*\*IF YOU ANSWERED YES TO ANY OF THE ABOVE QUESTIONS, PLEASE SEE THE RECEPTIONIST, AS THE EEOC MAY NOT HAVE JURISDICTION OVER YOUR CLAIMS

If you answered NO to the above questions, please fill out the questionnaire and return it the receptionist, who will give you further instructions about our procedures.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
New York District Office
33 Whitehall Street, 5th Fl
New York, N.Y. 10004

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Received 2/26/16

T 191 NFE 1    B15I0002/11/16

JEAN PIERRE 'GERTRUDE
PO BOX 80411
STONEHAM MA 02188-0005

BC: 02180000511    *1645-07733-11-40

**Subject:** Fw: Request to abstain from issuance of right to sue without investigating the matter-

**From:** Gertrude Jean Pierre (gjpfa@yahoo.com)

*EXhibit 3*

**To:** vanessa.guest@eeoc.gov;

**Date:** Friday, February 12, 2016 5:46 PM

Ms. Guest,

I am forwarding this email to you because I was being denied services (please read the email to see the denial). With that being the case, I was told to obtain service at the eeoc I just come in before 3p.m. and ask for the service that I need. Yesterday (2/11/16), I went there and requested to see a manager who can help me about assigning an investigator to take over the case because in a matter of 1 week Mr. Paul Young told me his intention is to just issue a right to sue. I am not interested in suing any company for the right I want to maintain is my right to equal employment and that's what matters to me. Mr. Young is telling me the eeoc is powerless in this matter.

No manager came to see me and the man at the front desk told me to call you an that you are the supervisor for Mr. Young. Instead of a phone conversation which I thing might not be productive, I have decided to forward to you the nature of my last correspondence to Mr. Young as he had hung up the phone on me about my demand for an investigation and the return of my job to me.

Gertrude Jean Pierre
Ph: (516)384-2447

On Friday, February 12, 2016 5:41 PM, Gertrude Jean Pierre <gjpfa@yahoo.com> wrote:

Ms. Guest,

I am forwarding this email to you because I was being denied services (please read the email to see the denial). With that being the case, I was told to obtain service at the eeoc I just come in before 3p.m. and ask for the service that I need. Yesterday (2/11/16), I went there and requested to see a manager who can help me about assigning an investigator to take over the case because in a matter of 1 week Mr. Paul Young told me his intention is to just issue a right to sue. I am not interested in suing any company for the right I want to maintain is my right to equal employment and that's what matters to me. Mr. Young is telling me the eeoc is powerless in this matter.

No manager came to see me and the man at the front desk told me to call you an that you are the supervisor for Mr. Young. Instead of a phone conversation which I thing might not be productive, I have decided to forward to you the nature of my last correspondence to Mr. Young as he had hung up the phone on me about my demand for an investigation and the return of my job to me.

Gertrude Jean Pierre
Ph: (516)384-2447

On Tuesday, February 9, 2016 6:41 PM, Gertrude Jean Pierre <gjpfa@yahoo.com> wrote:

Dear Mr. Young,

I left a lengthy message on your phone I want to apologize about that and I still feel though I left you the message as your mind is fixed there's a good chance you might not listen to me. So it is with that mind set that I am also taking the time to sent you this email to relterate the help I seek from EEOC which is the return of my employment. I understand you might have a big case load but I would rather wait for assignment of someone who will allow me to be.

When I met with you, you took the application and gave me your card and told me you will follow up with me in a week after you read on the case so that you can know how to formalize the case. A week later in following up with me you decided that you are going to issue a right to sue. I asked you if you investigated the matter with Macys you said no. And that no where in my complaint did I say that it is because of my race my national origin or because I am black that I am in the predicament that I am in. I told you yes, my complaint is about my race, my national origin my gender and my abilities. The way it is explicitly stated in my complaint is the fact 1) those I checked marked on the eeoc complaint, if not I would not have checked them. 2) I told you I was the subject of slavery and that they denied me the right to transfer, falsified record in my name, moved my earned commissions from under my name and accused me of cancelling my own orders when humanly its impossible for me to do because I was never there. Terminated my employment while I was on disability leave under false accusation (that is the cancellation of my own orders) Mishandled and sabotage my complaint through the solutions in Store and told you I have not filed for unemployment because I will be dealing with opposition. I referred two cases of individual white man one had been disabled for 1 year and 1 hadn't been able to perform his duty and was allowed to do take on a lower lever job. On top of that my complaint to upper management reference the fact that Macys was the subject of lawsuit pertaining racial profiling in 2014 and that not only that they are also practicing slavery (enslaving me-what am I-a black person). You told me slavery is about power and money. I told you this country has a history of enslaving blacks yes those who enslave others only enslave one race and that is black and that's my race and my nationality is Haitian and that I am a high earning individual this happen so that they could

1/2

steal my resources and they believe they would get away with it because I am black of Haitian decent and no one will help me. Indeed though you are black yourself something has stopped you and you refuse to let me have access to the system created to help me. You told me you did not investigate and that your decision is based on the fact that I did not say this happen to me because I am black and I am telling you if you don't get that from my complaint you are mistaken. The essence of my complaint is about my nationality and my inability to exercise my privilege and rights. In exercising my rights and privileges I have fallen prey to fraud and loss of my employment.

I just would like for you to not take this thing personally and hopefully I have misspoken about corruption and stepping aside and letting someone else help me will not be a difficult thing for you to do.

You are also not taking into consideration that issuing a right to sue is of no help because just like you don't do the work to help me people in the court would do the same thing. That is how they win and the EEOC allows them to act criminally. Your job is to stop them not to frustrate me and return me to my work. You probably don't want to help me to return to my job because of what I make. That's the delimna. here is what you have to think if I am not there someone else will and I took that job the wage I accepted is $9/hr or commission. My hard work shouldn't be my death sentence. I Did nothing wrong, they did and if there's someone who ought to be out of work it is them not me. Your decision will prove to them that I am and everyone else like me is easy prey.

Please allow me to see a manager who can reassign the case to someone else.

Thank you for your attention.

Gertrude Jean Pierre

: (516)384-2447

Exhibit A

| | |
|---|---|
| **Subject:** | Re: Consultation with Melissa Pierre-Louis |
| **From:** | Gertrude Jean Pierre (gjpfa@yahoo.com) |
| **To:** | mpierrelouis@outtengolden.com; cvirella@outtengolden.com; |
| **Date:** | Tuesday, May 3, 2016 2:00 PM |

Hi Carmen,

I met with melissa and I allowed her to take some of my papers because I thought the intention was to help me. She never did. I need these papers and I would like you to fax them to 781 435-2636. after you've done faxing them could you put them in an envelope and send them to:

Gertrude Jean Pierre
P.O. Box 80411
Stoneham, MA 02180

Thanks.


Gertrude Jean Pierre
Ph: (516)384-2447


On Monday, March 14, 2016 6:49 PM, "Pierre-Louis, Melissa" <mpierrelouis@outtengolden.com> wrote:


See comments in red below.

**From:** Gertrude Jean Pierre [mailto:gjpfa@yahoo.com]
**Sent:** Monday, March 14, 2016 6:41 PM
**To:** Pierre-Louis, Melissa
**Subject:** Re: Consultation with Melissa Pierre-Louis

melissa,

what if I sign a paper giving you authorization to speak with him. I am not sure what fact he could not to discuss with you when the plan is for you to find out whatever it is that you need to find out in order to make a determination to take the case or not and that is what I need to happen. He said no.

secondly, he said you could not file the case but you raised the question, even if you nor your firm won't be allowed to file an EEOC charge all over for me can I go back and re file it myself because I am not versed in the law and I don't know how to write an effective plan to match with the law and the EEOC is there for that but this man did not even go through the application with me. He just saw the name of the company I was working for and the amount of my salary he just ran back to Macys and then decline my claim even as I asked him if he conducted an investigation, he told me no as I demanded that he perform one he hung up the phone on me and had someone else issue the right to sue without an investigation. He never went over anything with me. What I get out of this is that they want me to get it wrong. I gave him a slew of documentation he did not go over it with me and said Gertrude though you have complaint about such and such on the charge form you need to put those same wording on the application and not tell your story and dour options are to re-write your application if a not so favorable right to sue will be issued to you. The EEOC is not allowing you to file again. You can speak directly to Mr. Young to discuss why as he will not share it with me. He simply said that he will not allow you to refile but you can sue in court within 90 days of his decision.

charge for you and that the matter is closed. Therefore, you would have to file a lawsuit in federal court. Since we cannot file a charge for you, you need attorneys who will litigate the matter at a reasonable fee. Please contact NELARS at 212-819-9450. Let me know if you have any questions.

Melissa

**From:** Gertrude Jean Pierre [mailto:gjpfa@yahoo.com]
**Sent:** Wednesday, March 09, 2016 7:12 PM
**To:** Pierre-Louis, Melissa
**Subject:** Re: Consultation with Melissa Pierre-Louis

Hi Carmen,

Ok I'll be there tomorrow like we talked about at 4p.m. and I m hoping for kindness (that is I get to have Ms. Pierre Louis on the case.)

tx.

Gertrude Jean Pierre
Ph: (516)384-2447

On Wednesday, March 9, 2016 5:02 PM, "Pierre-Louis, Melissa" <mpierrelouis@outtengolden.com> wrote:

Hi Gertrude,

I hope all is well. Unfortunately we charge for our consultations. It will be $450 for the hour and rarely do they exceed the hour. We also cannot charge the employer for your fees. If you are looking for attorneys with free to low cost consultations or who may work on contingency, we would recommend contacting NELARS at 212-819-9450. Please advise if you would like to move forward with the consultation.

Melissa

**From:** Gertrude Jean Pierre [mailto:gjpfa@yahoo.com]
**Sent:** Tuesday, March 08, 2016 7:04 PM
**To:** Virella, Carmen
**Subject:** Re: Consultation with Melissa Pierre-Louis

Hi Carmen,,

Thanks for confirming the appointment for me. I have a few concerns. This appointment might cost me close to $1,000. Its overwhelming for me. I will be willing to come to meet with Ms. Melissa Pierre-Louis on one condition that I will pay for the consultation only if she takes the case. And then before I go over there, I would like to know what kind of agreement for payment to take on the case I will be confronted with. I will be happy with a situation where she plans on charging the employer for her fees with a small retainer cost from me. Please find out for me how much I will need to retain her to work with me to resolve my employment troubles.

Thanks for your attention Carmen.

Gertrude Jean Pierre
: (516)384-2447

**Sent:** Friday, March 04, 2016 11:38 AM
**To:** Virella, Carmen
**Subject:** Re: Schedule call with Melissa Pierre-Louis

Carmen,

At 4:30pm. is she calling me or I am calling her?

Gertrude Jean Pierre
(516)384-2447

On Friday, March 4, 2016 7:33 AM, "Virella, Carmen" <cvirella@outtengolden.com> wrote:

Great, Thank you may reach her at the number below.

---

**From:** Gertrude Jean Pierre [mailto:gjpfa@yahoo.com]
**Sent:** Thursday, March 03, 2016 9:53 PM
**To:** Virella, Carmen
**Subject:** Re: Schedule call with Melissa Pierre-Louis

ok . 4:30pm tomorrow.

Gertrude Jean Pierre
Ph: (516)384-2447

On Thursday, March 3, 2016 2:16 PM, "Virella, Carmen" <cvirella@outtengolden.com> wrote:

Hi Gertrude,
Thank you for contacting Outten & Golden. I would like to schedule a 10 to 15 minute conference call with you and Melissa for tomorrow Friday, **March 3, 2016 at 4:30 PM.** Please confirm so that I may calendar the call.
She may be reached at 212-245-1000 at **4:30 PM.**
Best
Carmen
**Carmen A. Virella, Legal Assistant**
Outten & Golden LLP | 3 Park Avenue, 29th Floor | New York, NY 10016
Tel:  (212) 245-1000 | Fax:  (646) 509-2060 | Email:  mailto:cvirella@outtengolden.com
http://www.outtengolden.com/ | *Advocates for Workplace Fairness*

This e-mail and any attachments are confidential and are intended solely for the use of the addressee(s).  This communication may contain material that is protected by the attorney-client privilege or other privileges or doctrines.  If you are not the addressee or an addressee's agent, you may not use, disseminate, forward, print, or copy this e-mail; doing so may violate the addressee's rights.  If you have received this e-mail in error, please notify us immediately by e-mail, mailto:og@outtengolden.com, or by telephone, 212-245-1000.  Thank you.

Save **Actively**

Exhibit 5

★ b | Benefits

January 27, 2015

H  291  T1  P1**********AUTO**MIXED AADC 601
Gertrude Jean Pierre
PO Box 280295
Queens Village, NY 11428-0295

Dear Gertrude,

Each year, the IRS establishes the criteria to identify highly compensated employees, which impacts participation in qualified 401(k) plans.

Your 2014 compensation reached the IRS highly compensated benchmark, - $115,000 for 2014. As a result, you have been identified as a highly compensated participant in the Macy's, Inc. 401(k) plan in the 2015 plan year.

As a highly compensated participant, there are additional guidelines applied to your 401(k) plan participation, including:

- A maximum 2015 plan contribution of $18,000. If you reach this limit at any time during 2015, your deductions will automatically cease for the remainder of the year.
- You may contribute on a pre-tax or Roth basis. After-tax savings will not be permitted.
- Any compensation that you earn over the 2015 IRS compensation limit of $265,000 will not be eligible for contribution to the 401(k) plan.

While **no action is required**, you may want to review your current contribution election to maximize your savings opportunity. To change an existing election, please log on to Benefits OnLine® through the Save Actively page via the Benefits page on My IN-SITE.

If you have questions regarding the 401(k) plan, please visit the Save Actively page via the Benefits page on My IN-SITE, or call 1-800-234-MACY (6229) and select option 1.

Sincerely,

*Jenna McHugh*

Jenna McHugh
VP, Retirement Plans

HR Services | 9111 Duke Boulevard | Mason, OH 45040

HCE
2015

Case 2:16-cv-02556-JMA-AKT    Document 1    Filed 05/09/16    Page 23 of 39 PageID #: 23

*Relocation*
*A Life Event*

 *Exhibit*

# macy's Inc

## Career Opportunity/Manager Approval Form

**Instructions:**

- The "Career Opportunity/Manager Approval Form" is a PDF file and can be edited and saved by the applicant. The form is 3 pages.
- Make sure to save the document to the computer and then attach it to the on-line job application.
- In order to protect your privacy make sure to delete the saved attachments or save the form in your personal "U" drive after the on-line job application has been completed and submitted. If the applicant does not have access to a "U" drive they should print a hard copy to retain.

Page 1 & 2 – Must be completed by Applicant and then e-mailed to the Manager.
Page 3 – Must be completed by Manager and then e-mailed to Human Resources.
Page 3 – Must be completed by Human Resources and e-mailed to Applicant. The Applicant must attach the completed form (all 3 pages) to the on-line job application.

After all steps are completed you (the applicant) must attach this document to your on-line job application. **Note: This document will be placed in your personnel file.**

Position you are applying for: Furniture Gallery Sales Manager        Posting Date: 08/21/2015

---

### Current Data

Name: Gertrude Jean Pierre
Current Position: Furniture Sales Associate
E-Mail Address glpfa@yahoo.com

Application Date: _____
Phone Number: (516) 384-2447
Location/Store#: 124

Manager's Name: David Parola
E-Mail Address david.parola@macys.com

Phone Number: (631) 742-3144
Location/Store#: 124

Human Resources Name Jacqueline Petrucelli
E-Mail Address _____

Phone Number: (516) 941-5572
Location/Store#: 124

---

### Summary of Qualifications

Please list current and previous work experience. Please attach a current resume if available.

| From Month/Year | To Month/Year | | Position | Department/Company |
|---|---|---|---|---|
| 07/12 | 09/15 | | Furniture Sales Associate | Macys' Furniture Gallery |
| 06/11 | 07/12 | | | |
| 02/08 | 06/11 | | | |
| | | | | |

---

Macy's Equal Employment Opportunity Policy prohibits any form of discrimination in the workplace. The Company is committed to treating all associates equally on the basis of job-related qualifications, abilities and performance, regardless of race, ethnicity, age, religion, gender, sexual orientation, gender identity, national origin, physical or mental disability, genetic information, military status, marital status, medical condition, or any other category protected by law or unrelated to job performance.

1 of 3

March 2011



**What skills and abilities do you possess that would qualify you for this position?**

I have many years of successful experience presenting organization's products and services to customers, developing business relationships and perform transactions to record sales and maintain customers' accounts.

**What education or training have you had that would qualify you for this position?**

I do have a BBA In Business Administration with a focus in Finance. I also have an M.S. in Banking. I also have had companies' organizational trainings to get me ready to service their customers which I have transferred to my current position.

**Job Posting Procedure:** Your manager must complete the Manager's Evaluation Form and sign electronically below. After your manager signs the form, Human Resources must approve and sign authorizing the application. Once completed then you must attach this document to your job application on the internal job postings located on INSITE career opportunities- search jobs.

Applicant's Signature: (electronic—type in your name) Gertrude Jean Pierre

Applicant's Employee RACF ID#: 10317718                Date: 09/09/2015

Macy's Equal Employment Opportunity Policy prohibits any form of discrimination in the workplace. The Company is committed to treating all associates equally on the basis of job-related qualifications, abilities and performance, regardless of race, ethnicity, age, religion, gender, sexual orientation, gender identity, national origin, physical or mental disability, genetic information, military status, marital status, medical condition, or any other category protected by law or unrelated to job performance.



## Manager Approval Form

**Instructions (Manager):**
Please complete the information below regarding the applicant's qualifications to apply for the position listed above. Complete and e-mail to Human Resources (e-mail address provided above).

**If you cannot recommend applicant then you should not fill out form and have a conversation with applicant**

Applicant's Name: _____

How long has the applicant been in his/her current position? _____

Was the applicant rated at least a Meets Expectations on his/her last performance evaluation?
Yes_____ No_____

Is the executive on any stage of Responsibility Based Performance?
Yes_____ No_____

Please list any skills and/or abilities the applicant demonstrates in his/her current position that contributes to his/her success.

_____
_____
_____
_____

Please list any opportunities for development the applicant may have in his/her current position.

_____
_____
_____

I recommend the applicant be considered for the posted position.
_____ Yes _____ No

Manager's Signature: (electronic-type in your name)_____
Manager's Employee RACF ID#: _____ Date: _____

Human Resources Signature: (electronic-type in your name) _____
Human Resources Employee RACF ID#: _____ Date: _____
Human Resources Location/Store# _____ Phone Number: _____

Macy's Equal Employment Opportunity Policy prohibits any form of discrimination in the workplace. The Company is committed to treating all associates equally on the basis of job-related qualifications, abilities and performance, regardless of race, ethnicity, age, religion, gender, sexual orientation, gender identity, national origin, physical or mental disability, genetic information, military status, marital status, medical condition, or any other category protected by law or unrelated to job performance.

March 2011

< Recents    **Info**

# 1 (978) 531-3800

Peabody, MA

September 16, 2015

2:25 PM          Incoming Call    7 minutes

Call

FaceTime

FaceTime Audio

Send Message

# Solutions

In·STORE

Early Resolution

Positive Workplace

PH - 1-866-285-6689
FAX - 513-562-6720

MACY
7 WEST SEVENTH S'
CINCINNATI, OHIO

October 20, 2015

Ms. Gertrude Jean Pierre
P.O. Box 280295
Jamaica, NY  11428

Hello Gertrude,

We have received the letters you have sent to Macy's.  Your letters are being managed by the Office of Solutions InSTORE and as a Step 2 claim.  I attempted to call you but was not able to leave a message.  Additionally, I emailed you and it came back as undeliverable.

Can you please contact me so we can provide up to date contact information for the investigator?  I can be reached at 513-579-7472 or via email at Karen.bahl@macys.com.

Sincerely,

Karen Bahl,
Senior Manager

EXHIBIT 7



**macy's inc**

9111 Duke Blvd.
Mason, OH  45040

October 15, 2015


GERTRUDE JEANPIERRE
P.o.  Box 280295                                                10317718
Queens Village, NY  11428


Dear Associate,

You have the option of continuing or canceling your Health Care Flexible Spending Account ("FSA") participation and coverage while you are on an approved, unpaid leave of absence.

<u>To Continue Participation:</u>
There is no need to take action!  Your Health Care FSA will *automatically* continue while you are on an unpaid leave *unless* you contact HR Services within 31 days of the start of your leave period.

If you choose to maintain participation during your leave, you may continue to submit eligible health care expenses for reimbursement under the Health Care FSA up to the amount of your Program Year pledge.  Any contribution payment the Company advances on your behalf to maintain coverage during your leave will be deducted from your pay on a pre-tax basis when you return.  If you are still on leave at the end of the Program Year, or if you do not return from the leave of absence, Macy's HR Services will notify you of the contributions owed for the period of leave.

<u>To Cancel Participation:</u>
If you would prefer to cancel coverage during your leave, contact Macy's HR Services no later than 31 days following the date your leave of absence begins.  Coverage will end as of the last day for which a contribution is made.  Although you may continue to submit claims for reimbursement for services incurred while you were a Program participant, you may not claim reimbursement for any services incurred during your leave.

If you cancel participation while on leave, you may resume participation during the same Program Year by calling Macy's HR Services at 1-800-234-MACY (6229) within 31 days following your return to work.

Sincerely,

Robert Barnes
Senior Manager, Call Center

LOA/FSA

 **Prudential**

**Donnie Ouellette**
Disability Claims Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits
Web Access Code: 32243

November 17, 2015

Gertrude Jean Pierre
P.o. Box 280295
Queens Village, NY 11428

Claimant: Gertrude Jean Pierre
Claim No.: 12138895
Control No./Br.: 32243 / 000B3

Dear Ms. Jean Pierre:

We are pleased to inform you we have approved your claim for loss of income benefits under Macy's, Inc. Short Term Disability plan and under the New York State Disability Law. Based on our review of the medical information, benefits have been approved through November 22, 2015. Since you will return to work on November 23, 2015, your claim has been closed and no benefits will be paid beyond that date.

We based our decision on the following information:

- Your last day worked was October 13, 2015.
- Your disability date was determined to be October 13, 2015.
- Your plan has an initial period during which benefits are not payable. This is the Elimination Period, which is the number of continuous days you must be disabled before you are able to receive benefits.
- As a result of your Elimination Period, your benefits started on October 20, 2015.

If the information you provided to us over the phone or in writing was not accurate or complete, please call us immediately so we may assist you in updating the information.

Your Weekly benefit amount of $1,154.00 may be reduced by applicable offsets, taxes and/or deductions.

Your employer, Macy's, Inc., has asked that we remind you of the following messages from them:

- The **Nurse Advisor Program** offers assistance from a team of specialized nurses dedicated to Macy's, Inc. associates and dependents who need help with general health care issues, disease management, or certain chronic medical conditions. For more information, please contact a Nurse Advisor at your designated health insurance carrier.
    - o   Aetna: (800) 556-1555
    - o   Cigna: (800) 558-8361

- The **Employee Assistance Program (EAP)** is a confidential personal consultation and resource service that gives you access to various support services, including but not limited to:  adult/elder or child/parenting support, legal assistance, and financial

assistance, all at no cost. For more information, you may contact the EAP at (888) 980-8115 or log onto www.liveandworkwell.com, access code 5921.

- As a reminder, Prudential will not deduct your medical, dental, life and accidental death and dismemberment insurance premiums from your disability checks. Macy's, Inc will send you a bill for your insurance premiums while you are on disability and not working. Please note that failure to pay these premiums may result in loss of coverage.

- For additional support services information (that you may be eligible for) through Macy's, Inc., please contact HR Services at (800) 234-MACY (6229), or visit IN-SITE by logging onto www.employeeconnection.net.

You may check the status of your claim and payment by visiting our website **www.prudential.com/mybenefits.** If you are a first time user, you will need your access code to register. **Your access code is 32243.**

Additionally, you may contact one of our representatives who will be happy to answer any questions you may have. To speak with a representative, call the phone number shown on the first page of this letter, Monday through Friday from 8:00 a.m. to 11:00 p.m., Eastern time.

We wish you the best in your recovery.

Sincerely,
**Donnie Ouellette**
Donnie Ouellette
Disability Claims Manager

Enclosure(s):
Group Disability Insurance Employee Tax Notice

Exhibit 9

 Prudential

**Sarah Dubuc**
Disability Claims Specialist

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718
Fax: (877) 889-4885
**Website: www.prudential.com/mybenefits
Web Access Code: 32243**

March 30, 2016

Gertrude Jean Pierre
P.O. Box 80411
Stoneham, MA 02180

Claimant: Gertrude Jean Pierre
Claim No.: 12138895
Control No./Br.: 32243 / 000B3

Dear Ms. Jean Pierre:

Please find the attached file copy of your Short Term Disability claim attached per your request.

Additionally, you may contact one of our representatives who will be happy to answer any questions you may have. To speak with a representative, call the phone number shown on the first page of this letter, Monday through Friday from 8:00 a.m. to 11:00 p.m., Eastern time.

Sincerely,
*Sarah Dubuc*
Sarah Dubuc
Disability Claims Specialist

Attachments:

Gertrude Jean Pierre P.O. Box 280295, Jamaica, NY 11428 516 384-2447

877-889-4885

March 29, 2016

The Prudential Insurance Company of America
Disability Management Services
P.O. Box 13480
Philadelphia, PA 1176

Re:  Claim No 12138895

Re: Second Request –copy of entire file

To Whom It May Concern:

On March 1, 2016 a letter requesting copy of my entire file from Prudential insurance with respect to claim# 12138895 was made.  It was confirmed received.  Erica the Supervisor told me a copy of the file is on its way to me.  I have not received copy of the file.  This letter is being submitted to request for the second time copy of the entire file and that the file should be sent with proof of signature receipt.  Please forward copy of the entire file as previously requested to:

Gertrude Jean Pierre
 P.O. Box 80411
Stoneham, MA 02180

Sincerely,

Gertrude Jean Pierre

Exhibit 10

Gertrude Jean Pierre P.O. Box 80411 Stoneham, MA 02180 (516) 384-2447

April 4, 2016

Attention: Cobra Appeal

Re:    Request for Reinstatement of a/c  22415896

Name: Gertrude Jean Pierre

A/c#:  22415896

DOB:   9/8/71

Name of Plan: Cigna My Choice Plan 1 (4) Medical/Rx Plan

MetLife Basic PPO A 4 Tier Dental Plan

CIGNA FSA Plan

As describe above this is a reinstate request due to the fact that I thought my grace period ended on 4/3/16 as the 3rd was the last grace period date. The reason for the confusion is that I did not receive the email remind so I can see that the grace period was changed so much so I did it from memory and that's why I went into the a/c on the 3rd of April to submit the payment. I was not able to make the payment because the continued button was grayed out. When I called today they brought the reason to me and I was told the grace period was 3/31/16 not 4/3/16. I've been told also there's a 10 days waiting for the reinstatement to be processed. Please send me an email to let me know when to make the payment or call me on 516-384-2447 to make the March 2016 pay (as the funds are available.)

Sincerely,

Gertrude Jean Pierre

Gertrude Jean Pierre P.O. Box 80411 Stoneham, MA 02180 (516) 384-2447

April 11, 2016

Re:      Request for Reinstatement of a/c  22415896

Name: Gertrude Jean Pierre

A/c#:   22415896

DOB:    9/8/71

Name of Plan: Cigna My Choice Plan 1 (4) Medical/Rx Plan

MetLife Basic PPO A 4 Tier Dental Plan

CIGNA FSA Plan

Appeals Dept

2575 westside parkway suite 500

Alpharetta, GA 30004

Attention: appeals

Your letter dated 4/6/16 is not acceptable.  The rules you stated is irrelevant and too late knowing for it to impact my request.  I thought 4/3/16 is the last date of the grace period to make the payment as was the previous months before.  So I went online on 4/3/16 to make the payment and the access was made inoperable.  Immediately I reported the error and that's why we are at this juncture.  Please re-open the access so that I can make the payment.  Had I receive notice of the last grace period and or a reminder of payment being due the error would not have happened.

Sincerely,

Gertrude Jean Pierre

ADP COBRA Services
P.O. Box 2998
Alpharetta, GA 30023-2998

04/05/2016

CASTERM 384874-000021
GERTRUDE JEAN PIERRE
 PO BOX 80411
STONEHAM, MA 01280

Account Number: BL-22415896

## Notice of COBRA Coverage Termination

Dear GERTRUDE JEAN PIERRE:

On 02/29/2016, the COBRA continuation coverage under the Macy's Health Care Plan (the Plan) terminates in relation to the following individual(s):

| Plan Name | Participants | *Reason Code |
|---|---|---|
| MetLife Basic PPO A 4 Tier Dental Plan | GERTRUDE JEAN PIERRE | A |
| Cigna My Choice Plan 1 (4) Medical/Rx | GERTRUDE JEAN PIERRE | A |

* The reason codes for termination of COBRA coverage prior to the end of the COBRA coverage period are as follows:

A. You failed to pay the applicable premium, in full, by the applicable grace date.
B. You voluntarily cancelled COBRA coverage(s).
C. You became entitled to Medicare (Part A, Part B, or both) after the date of your COBRA election.
D. You became covered, after the date of your COBRA election, under another group health plan that does not limit or exclude preexisting conditions as defined by its terms.
E. All of the company's group health plans have terminated.

**In Case of Error or for More Information**
If you believe that the termination date of your COBRA continuation coverage is inaccurate, please notify ADP COBRA Services immediately at the address noted above or call us at 800-821-1436. You may have the right to request a review of this termination. Please refer to your Summary Plan Description for further details regarding these rights.

ADP COBRA Services
P.O. Box 2998
Alpharetta, GA 30023-2998

04/06/2016

CASTERM 384993-000081
GERTRUDE JEAN PIERRE
PO BOX 80411
STONEHAM, MA 01280

Account Number: BL-22415896

**Notice of COBRA Coverage Termination**

Dear GERTRUDE JEAN PIERRE:

On 02/29/2016, the COBRA continuation coverage under the Macy's Health Care Plan (the Plan) terminates in relation to the following individual(s):

| Plan Name | Participants | *Reason Code |
|---|---|---|
| MetLife Basic PPO A 4 Tier Dental Plan | GERTRUDE JEAN PIERRE | A |
| Cigna My Choice Plan 1 (4) Medical/Rx | GERTRUDE JEAN PIERRE | A |
| CIGNA FSA Plan | GERTRUDE JEAN PIERRE | A |
| CIGNA FSA Plan | GERTRUDE JEAN PIERRE | A |

\* The reason codes for termination of COBRA coverage prior to the end of the COBRA coverage period are as follows:

A. You failed to pay the applicable premium, in full, by the applicable grace date.
B. You voluntarily cancelled COBRA coverage(s).
C. You became entitled to Medicare (Part A, Part B, or both) after the date of your COBRA election.
D. You became covered, after the date of your COBRA election, under another group health plan that does not limit or exclude preexisting conditions as defined by its terms.
E. All of the company's group health plans have terminated.

**In Case of Error or for More Information**
If you believe that the termination date of your COBRA continuation coverage is inaccurate, please notify ADP COBRA Services immediately at the address noted above or call us at 800-821-1436. You may have the right to request a review of this termination. Please refer to your Summary Plan Description for further details regarding these rights.



CASTERM-384993 000081 01 01

ADP COBRA Services
P.O. Box 2998
Alpharetta, GA 30023-2998

Correspondence 2013 1; ConLeyID: 19,117,633 1; GUID: 0FE3HD12-BF11-1B31-AA12-2139133320D

04/06/2016
BL-22415896

CASMSC1 384939-000076

 **GERTRUDE JEAN PIERRE**
PO BOX 80411
STONEHAM, MA 01280

Dear GERTRUDE JEAN PIERRE:

ADP COBRA Services has received your correspondence requesting a review of your termination of COBRA continuation coverage.

Review of our records indicates that your COBRA premium for the period of 03/01/2016 - 03/31/2016 was due on 03/01/2016. Under the COBRA regulations, your monthly premium is due on the first of the month subject to at least a 30-day grace period. Treas. Reg. § 54.4980B-8 Q/A 5 states:

\* timely payment for a period of COBRA continuation coverage under a group health plan means payment that is made to the plan by the date that is 30 days after the first day of that period.

Consequently, you had until 03/31/2016, to submit your COBRA premium payment for the period of 03/01/2016 - 03/31/2016. ADP COBRA Services does not have a record of receiving your COBRA premium payment postmarked on or before 03/31/2016. Therefore, we cannot approve your request that COBRA continuation coverage be provided based on your request for review.

If you have further information you would wish to provide ADP COBRA Services for review, please forward that information to:

ADP COBRA Services
Attn: Appeals Department
2575 Westside Parkway Suite 500
Alpharetta, GA 30004

Or fax to:
Attn. Appeals Department
Fax Number (800) 676-3734

Sincerely,

ADP COBRA Services
Macy's, Inc. Benefits Continuation



CASMSC1-384939 000076 01 01

★b | HR Services

*3,1810000000000*

November 2, 2015

Gertrude Jean Pierre
P.o. Box 280295
Queens Village, NY  11428

Re:     Notice to Employee Upon Termination of Employment
        Termination Date:  October 30, 2015

Associate ID#: 10317718

Dear Gertrude:

Pursuant to the provisions of Section 195.6 of the New York State Labor Law, you are notified of the following which may or may not be applicable to you:

1. <u>Macy's, Inc. Health Care Plan</u>.  Your coverage ended on the last day of the pay period during which the Termination Date occurred (unless otherwise required by law).  Under separate cover, you will receive additional information about your rights, if any, to continue your participation in the Health Care Plan.

2. <u>Short-Term/Long-Term Disability Program</u>.  Your coverage ended on the last day of the pay period during which the Termination Date occurred.  Under separate cover, you will receive additional information about your rights, if any, to convert your coverage to an individual policy.

3. <u>Flexible Spending Account Programs</u>.  Coverage ended on the Termination Date.  You may, until the end of the plan year, submit receipts for reimbursement of services received or any funds allocated while employed, but may not allocate additional funds after the Termination Date.

4. <u>401(k) Retirement Investment Plan and the Macy's, Inc. Cash Account Pension Plan</u>.  Your participation ended on the Termination Date.  Under separate cover, you will receive additional information about requesting a distribution of your plan benefits.

5. <u>Group Life Insurance Program and/or the Group Accidental Death and Dismemberment Program</u>.  Your coverage ended on last day of the pay period during which the Termination Date occurred.

6. <u>Retiree Discount</u>.  You are and your eligible family members are eligible for the Retiree Discount if you have 25 consecutive years of regular service with no breaks in service or 15 consecutive years of regular service with no breaks in service if age 55 or older on the Termination Date.  Regular service is defined as full time and/or part time employment status.  Flex employment status (formerly known as contingent, on-call, or short hour) is not regular service.  Break in service is defined as a period of more than 60 consecutive days during which an associate is not employed by the Company, including periods when the associate is employed by a third-party vendor, even when this employment might make a person eligible to receive a leased employee associate discount.  If you do not meet the



★b | HR Services

criteria set forth above, your eligibility and that of your eligible family members for the Retiree Discount ends on the Termination Date. Neither the associate nor the eligible family members are eligible to receive the Retiree Discount if the associate is terminated for misconduct, even if the associate otherwise meets the eligibility criteria described in this paragraph.

This document is provided **for your information only** and **no action is required on your part.**

If you have any questions related to the benefits described above, please call HR Services at 1-800-234-MACY (6229).

Sincerely,

Robert Barnes
Senior Manager, HR Services